RECEIVED
IN LAKE CHARLES, LA
MAY 24 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 2:07-CR-20030-01 |
| VS | JUDGE PATRICIA MINALDI |
| JEREMIAH JONES | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 40) of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, considering no objections have been filed, and having determined that the findings are correct under applicable law the Magistrate Judge's recommendation IS ADOPTED AND AFFIRMED. It is

ORDERED that the defendant's supervision IS REVOKED.

IT IS FURTHER ORDERED that the defendant shall serve twenty-four (24) months imprisonment with no supervision to follow.

Lake Charles, Louisiana, this 23 day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE